```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 30346
    ALFREDA PARKER
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2077


------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 08/03/2005 and was confirmed 10/27/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

    The case was paid in full 08/24/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
FREMONT INVESTMENT & LOA CURRENT MORTG         .00             .00            .00
FREMONT INVESTMENT & LOA MORTGAGE ARRE      387.24             .00         387.24
SOUTH COMMONS PHASE I CO SECURED           3586.00             .00        3586.00
AMERICASH LOANS LLC      UNSECURED          594.86             .00          89.23
BANK ONE                 UNSECURED       NOT FILED             .00            .00
CHASE AUTO FINANCE       NOTICE ONLY     NOT FILED             .00            .00
MRS ASSOCIATES           NOTICE ONLY     NOT FILED             .00            .00
CAPITAL ONE BANK         UNSECURED          901.02             .00         135.15
ENCORE RECEIVABLES       NOTICE ONLY     NOT FILED             .00            .00
CITY OF CHICAGO PARKING  UNSECURED          100.00             .00          15.00
ARNOLD SCOTT HARRIS      NOTICE ONLY     NOT FILED             .00            .00
ECAST SETTLEMENT CORP    UNSECURED         1501.39             .00         225.21
ILLINOIS INSURANCE CENTE UNSECURED        NOT FILED            .00            .00
I C SYSTEMS INC          NOTICE ONLY     NOT FILED             .00            .00
NATIONWIDE ACCEPTANCE~   UNSECURED          439.62             .00          65.94
NCO FIN/99               UNSECURED       NOT FILED             .00            .00
PAYDAY LOAN              UNSECURED       NOT FILED             .00            .00
PAYDAY LOAN CORP OF ILLI UNSECURED        NOT FILED            .00            .00
SUN CASH                 UNSECURED       NOT FILED             .00            .00
US DEPT OF EDUCATION     UNSECURED       NOT FILED             .00            .00
SOMO SARGON              UNSECURED       NOT FILED             .00            .00
ILLINOIS LENDING CORPORA UNSECURED          744.24             .00         111.64
PREMIER BANCARD CHARTER  UNSECURED          179.58             .00          26.94
SOUTH COMMONS PHASE I CO UNSECURED        NOT FILED            .00            .00
NATIONWIDE ACCEPTANCE~   SECURED NOT I       .00               .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     2,880.20                         2,880.20
TOM VAUGHN               TRUSTEE                                            451.42
DEBTOR REFUND            REFUND                                             115.45

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
```

              PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 05 B 30346 ALFREDA PARKER

```
-------------------------------------------------------------------------------
TRUSTEE                                      8,089.42

PRIORITY                                                               .00
SECURED                                                           3,973.24
UNSECURED                                                           669.11
ADMINISTRATIVE                                                    2,880.20
TRUSTEE COMPENSATION                                                451.42
DEBTOR REFUND                                                       115.45
                                          ---------------    ---------------
TOTALS                                       8,089.42             8,089.42
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 11/29/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                           PAGE   2
         CASE NO. 05 B 30346 ALFREDA PARKER